IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:18-CV-830-WKW |
| $10,435.00 IN UNITED STATES CURRENCY, | ) | [WO] |
| | ) | |
| Defendant. | ) | |

**<u>DECREE OF FORFEITURE</u>**

Before the Court is the government's motion for decree of forfeiture (Doc. # 14). Upon consideration of the motion, it is ORDERED that the motion for decree of forfeiture (Doc. # 14) is GRANTED as follows:

On September 24, 2018, the United States filed a complaint of forfeiture alleging that the Defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) for violations of 21 U.S.C. §§ 841(a)(1) (drug distribution) and 846 (conspiracy to commit a violation of the Controlled Substances Act). (Doc. # 1).

It appearing that process was fully issued in this action and returned according to law:

(1) Pursuant to a Warrant for Arrest *In Rem* issued by this Court on September 28, 2018, (Doc. # 6), the United States Marshals Service for this District served the Defendant on October 3, 2018. (Doc. # 7).

(2) On October 15, 2018, Attorney Richard A. Rice, Jr. was personally served by a deputy United States Marshal with copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Complaint for Forfeiture against Personal Property, and Warrant of Arrest *In Rem*. (Doc. # 6).

(3) On October 25, 2018, service was attempted on Brenda Arely Salgado-Duhon atthe Gwinnett County Jail in Lawrenceville, Georgia. Process was returned unexecuted. (Doc. # 10).

(4) On December 5, 2018, service was attempted on Brenda Arely Salgado-Duhon at 3915 Brewer Road, Montgomery, Alabama 36108. 3915 Brewer Road is a vacant house. Process was returned unexecuted. (Doc. # 11).

(5) The last address provided by Brenda Arely Salgado-Duhon to the seizing agency at the time of seizure was 3915 Brewer Road, Montgomery, Alabama 36108. The address provided by Brenda Arely Salgado-Duhon in the administrative proceeding was Gwinnett County Jail in Lawrenceville, Georgia. Also provided was Attorney Rice's address in Atlanta, Georgia. Each attempt at service has been unsuccessful.

(6) A person's search for Brenda Arely Salgado-Duhon on legal researching sites revealed no additional addresses for further attempts to obtain personal service. Reasonable and extensive efforts were undertaken to locate and serve Brenda Arely

Salgado-Duhon in a manner consistent with the principles of service of process of an *in rem* action.

(7) Notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days), as evidenced by the Declaration of Publication filed with this Court on October 30, 2018. (Doc. # 8).

(8) On January 18, 2019, default was entered against Brenda Arely Salgado-Duhon and all other persons and entities having an interest in the Defendant currency for failure to answer or otherwise defend as provided for in the manner set forth in 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Doc. # 13).

(9) No other claim or answer has been filed on behalf of any other party. Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is ORDERED as follows:

The Defendant is hereby forfeited to the United States, to be disposed of according to law, and no right, title or interest in the Defendant shall exist in any other party: **$10,435.00 seized during the execution of a search warrant at 3915 Brewer Road, Montgomery, Alabama**.

DONE this 14th day of February, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE
